UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE


LIONEL A. NIMA NGAPEY,

    *Plaintiff*,

    v.                                       Civil Action No. 1:22-cv-____

GRANITE BAY CARE, INC.,

    *Defendant*.

## DEFENDANT'S NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

Please take notice that pursuant to 28 U.S.C. §§1441 and 1446, Defendant, Granite Bay Care, Inc. ("Granite Bay"), by and through its attorneys, Jackson Lewis P.C., hereby removes this action from the Portland District Court, State of Maine, to the United States District Court for the District of Maine. In support of this Notice of Removal, Granite Bay states as follows:

1.      By Complaint dated February 16, 2022 and filed on or about that date in the Portland District Court, Plaintiff Lionel A. Nima Ngapey ("Plaintiff") instituted a claim against Granite Bay alleging discrimination and retaliation on the basis of race, tax fraud and misappropriation of federal funding, as well as other state court violations. A copy of the State Court Complaint is attached hereto as Exhibit 1. A copy of the State Court Summons, State Court Summary Sheet and Defendant's Notice of Filing of Notice of Removal to State District Court are attached hereto as Exhibits 2 through 4. Certified copies of the state court pleadings will be filed upon receipt of same from the Portland District Court.

2.      Pursuant to 28 U.S.C. §1446(a), this notice of removal is timely filed within thirty (30) days of February 16, 2022, the date on which Defendant was first served with a copy of the Complaint.

3. Defendant has not served any answer or responsive pleading to the Complaint, nor made any appearance or argument before the state court.

4. This Court has original jurisdiction over this action by virtue of federal question jurisdiction pursuant to 28 US.C. §1331. The Complaint purports to make claims of discrimination and retaliation on the basis of race, national origin, sex, religion, and age, that, according to the Complaint, Plaintiff intends to "prosecute . . . to the full extent of the Federal Law of the United States." Complaint 4. The Complaint also purports to assert a "freedom of speech [claim] under the constitution of the United States of America." Id. The Complaint also purports to contain state law claims.

5. Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

6. As this action could have been commenced in this Court, removal is proper. 28 U.S.C. §1441(a). Furthermore, this Court may exercise supplemental jurisdiction over the Plaintiff's state law claims. See 28 U.S.C. §1367(a).

Respectfully Submitted,
GRANITE BAY CARE, INC.

By its attorneys,
JACKSON LEWIS, P.C.

Dated:  March 7, 2022                By:    /s/ *Joshua Scott*
                                            K. Joshua Scott, ME Bar #5282
                                            100 International Drive, Suite 363
                                            Portsmouth, NH 03801
                                            (603) 559-2700 | Main
                                            kjoshua.scott@jacksonlewis.com

2

Certificate of Service

I hereby certify that the foregoing was served on this date via electronic mail on *pro se* Plaintiff Lionel A. Nima Ngapey, *alionelnima@gmail.com* and the Clerk of the United States District Court for the District of Maine, *newcases.portland@med.uscourts.gov*.


Date:   March 7, 2022                         /s/ *Joshua Scott*
                                              K. Joshua Scott

3